**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard William CORDER,**
**Defendant–Appellant.**

**No. 06–10725**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 20, 2007.

Jeffrey Robert Haag, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Clinton W. Cook, Law Offices of Clinton W. Cook, Lubbock, TX, for Defendant–Appellant.

---

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel appointed for Richard William Corder has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Corder has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.